NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KEVIN L. HOBSON,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2012-3048

---

Petition for review of the Merit Systems Protection Board in case no. DE3330110269-I-1.

---

**ON MOTION**

---

**O R D E R**

The Merit Systems Protection Board moves for a 14-day extension of time, until March 28, 2012, to file its brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__MAR 29 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Kevin L. Hobson
     Sara B. Rearden, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 2 9 2012

**JAN HORBALY**
**CLERK**